# Milton H. Flórez, P.C.
## Attorney at Law

TELEPHONE:
(718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE:
(718) 685-0077

March 10, 2021

**VIA- ECF**
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten annotation: 3/16/2021 — The defendant's motion to withdraw his motion to dismiss Counts 3 & 4 n the indictment is granted. So ordered. Paul Crotty USDJ]*

Re:  USA v. Walkin Francisco Arias Villar
     Indictment No.:    20-Cr-56 (PAC)
     REQUEST TO WITHDRAW
     DEFENDANT'S MOTIONS TO DISMISS

Dear Judge Crotty:

I am writing to you to respectfully notify the Court that I am seeking to withdraw the defendant's motion to dismiss Counts 3 and 4 of the indictment in anticipation of a disposition.

Thus, I would request to have my client's case be scheduled for the entering of a plea.

Thank you for your time and consideration.

Very truly yours,

Milton H. Flórez, Esq.

C.c.:  Aline Flodr
       Assistant U.S. Attorney
       Via-ECF