UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                   - v. -

WALKIN FRANCISCO ARIAS VILLAR

                Defendant.
-------------------------------------------------------------X

ORDER

20-CR-0056-04 (PAC)

IT IS HEREBY ORDERED:

      William Harrington is appointed to represent Walking Francisco Arrias Villar as CJA counsel for the purpose of filing a motion, *Nunc Pro Tunc* November 2,8 2022.

SO ORDERED.

DATE:  __
November 28, 2022

_____
  PAUL A CROTTY
United States District Judge