

William J. Harrington
+1 212 459 7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

January 20, 2023

1/24/2023
The requested revised schedule is adopted. SO ORDERED.

*Paul A. Crotty*

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America v. Walkin Francisco Arias Villar*, 20 CR. 56 (PAC)

Dear Judge Crotty:

I represent Mr. Arias Villar in this matter. I am writing to request a thirty-day extension of the deadline of January 27, 2023 to file Mr. Arias Villar's brief in support of his habeas petition.

The reason for the request is that Mr. Arias Villar's incarceration has led to unexpected delays in finalizing his brief. Specifically, after being appointed as CJA counsel by order dated November 28, 2022, my colleague reached out to the prison to arrange a call. We were told no calls could be scheduled until a court-ordered deadline was in place. The Court approved the parties' proposed schedule on January 3, 2023. I then spoke to Mr. Arias Villar on January 12, 2023. During that call, we learned additional details that likely require submission of statement by Mr. Arias Villar. We have provided Mr. Arias Villar with a draft of that statement, but have been unable to finalize the statement, and will likely be unable to finalize our submission by the January 27, 2023 deadline.

Accordingly, I respectfully request an additional thirty days to file the brief. The revised schedule would be as follows:

| | |
|---|---|
| Defendant's Brief: | February 27, 2023 |
| Government's Response: | March 24, 2023 |
| Defendant's Reply, if any: | April 10, 2023 |