UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :         20cr56-4(DLC)
              -v-                       :
                                        :         ORDER
WALKIN FRANCISCO ARIAS VILLAR,          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On March 12, 2026, the Court denied the defendant's October 28, 2025 motion for compassionate release. In a document received on March 27, the defendant presents new arguments in support of his motion. Each of these arguments could have been included in the October 28 motion. Accordingly, it is hereby

ORDERED that, to the extent the defendant intends the March 27 submission as further support for the October 28 motion, the October 28 motion is again denied. To the extent the defendant intends that the March 27 motion be considered a new motion for compassionate release, it is denied because these arguments could have been included in the October 28 motion, and because the § 3553(a) factors weigh against his early release, as was explained in the March 12 decision.

2

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated:   New York, New York
         April 3, 2026

_____
DENISE COTE
United States District Judge